UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                              Plaintiff,

          vs.                                        Case No. 02-CR-73A

MARK CONGI, JOEL CICERO, et al.,

                              Defendants.

---

**DEFENDANT JOEL CICERO'S**
**REVISED TRIAL EXHIBIT LIST**
**(July 26, 2006)**


Respectfully submitted,


By _____
          JOSEPH M. LaTONA, ESQ.

Attorney for Defendant,
  JOEL CICERO
Office and Post Office Address
716 Brisbane Building
403 Main Street
Buffalo, New York  14203
(716) 842-0416

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### EXHIBIT LIST

Case No. 02-CR-73A

Defendant, JOEL CICERO

Dated:  July 26, 2006

| Ex. # | Description | Date | |
|---|---|---|---|
| | | Marked for Ident. Evidence | In |
| 1 | Transmittal letter of July 6, 2001 and License Agreement Between Niagara Falls Bridge Commission and World Duty Free Americas | | |
| 2 | Sublicense Agreement Between World Duty Free Americas and ProServe | | |
| 3 | Handwritten notes dated 8/21 | | |
| 4 | Cover page with Lease Agreement outline - J. Kearney to Joseph Aragon | | |
| 5 | 7/10/01 email - Eucker to Aragon | | |
| 6 | 7/31/01 email - Jasper to Aragon | | |
| 7 | 9/19/01 email - Jasper to Aragon | | |
| 8 | 3/4/02 email from Paul Janhumen to Thomas Garlock | | |
| 9 | 3/14/02 email from Paul Janhumen to Mark Elias, et al. | | |
| 10 | Memorandum of Agreement - 12/31/01 between World Duty Free America and ProServe | | |
| 11 | Assignment of Joint Venture Interest dated 3/1/02 | | |
| 12 | Complaint - Duty Free Americas, Inc. v. ProServe in Maryland State Court | | |
| 13 | Complaint - ProServe Corporation v. Duty Free Americas, Inc. dated March 17, 2003 in Colorado State Court | | |
| 14 | Niagara Falls Reporter edition encompassing April 13-20, 2004 | | |
| 15 | Niagara Falls Reporter edition encompassing November 1-9, 2004 | | |
| 16 | Summons and Complaint - Duty Free Americas, Inc. v. Joseph Aragon dated May 20, 2004 filed in Niagara County | | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### EXHIBIT LIST

Case No. 02-CR-73A

Defendant, JOEL CICERO

Dated: July 26, 2006

| Ex. # | Description | Date | |
|-------|-------------|------|---|
| | | Marked for Ident. Evidence | In |
| 17 | Complaint dated November 22, 2002 - Kulback's & Associates v. Niagara Falls Bridge Commission, et al. | | |
| 18 | Cover letter and settlement check dated 3/6/03 regarding Kulback's v. Niagara Falls Bridge Commission, et al. | | |
| 19 | Joseph Aragon letter of 2/7/02 to Jack Vance | | |
| 20 | 12/13/02 letter from Joseph Aragon to Christian Campbell, with attachments | | |
| 21 | Joseph Aragon letter of 5/24/03 to Barry Schwartz | | |
| 22 | Joseph M. Aragon 5/7/03 letter to Barry Schwartz, Frank Pannozzo, et al. | | |
| 23 | Joseph Aragon 5/7/03 letter to Thomas Garlock | | |
| 24 | Niagara Falls Bridge Commission Minutes - 9/5/00 | | |
| 25 | Niagara Falls Bridge Commission Minutes - 10/16/00 | | |
| 26 | Niagara Falls Bridge Commission Minutes - 5/22/01 | | |
| 27 | Niagara Falls Bridge Commission Minutes - 10/28/02 | | |
| 28 | Niagara Falls Bridge Commission Minutes - 5/12/03 | | |
| 29 | Niagara Falls Bridge Commission Minutes - 6/2/03 | | |
| 30 | 11/2/01 Joseph Aragon letter to Thomas Daniels, with attachments | | |
| 31 | Joseph Aragon email of 10/3/02 to Charles Rawley | | |
| 32 | ProServe Corporation 10/13/02 response to and Notice of Default | | |
| 33 | Aragon letter of 11/14/02 to John J. Murphy | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EXHIBIT LIST

Case No. 02-CR-73A

Defendant, JOEL CICERO

Dated:  July 26, 2006

| Ex. # | Description | Date | |
|---|---|---|---|
| | | Marked for Ident. Evidence | In |
| 34 | Joseph Aragon deposition of 9/17/03 | | |
| 35 | Videotape of Joseph Aragon deposition of 9/17/03 | | |
| 35A | Videotape excerpt from Joseph Aragon deposition of 9/17/03 | | |
| 36 | Richard Jasper deposition of 11/7/03 | | |
| 37 | Thomas Daniels deposition of 9/29/03 | | |
| 38 | Brian Kulbacki deposition of 11/12/03 | | |
| 39 | Joseph Kearney deposition of 11/14/03 | | |
| 40 | Buffalo News article 12/9/02 | | |
| 41 | Settlement Agreement - 10/12/04 between Joseph Aragon and Duty Free Americas | | |
| 42 | Letter of 11/26/02 from John Murphy to Joseph Aragon | | |
| 43 | 9/8/00 email – Joel Epstein to Joseph Aragon | | |
| 44 | Letter of 1/24/01 from Joseph Aragon to David Novak | | |
| 45 | 9/24/01 email – Joseph Kearney to Joseph Aragon | | |
| 46 | Fax cover page with Memorandum of Understanding from Joseph Aragon to Simon Falic | | |
| 47 | 12/8/01 email – Joseph Aragon to Simon Falic | | |
| 48 | 12/10/01 email – Joseph Aragon to Joseph Kearney | | |

3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**EXHIBIT LIST**

Case No. 02-CR-73A

Defendant, JOEL CICERO

Dated: July 26, 2006

| Ex. # | Description | Date | |
|---|---|---|---|
| | | Marked for Ident. Evidence | In |
| 49 | Agreement Regarding Offsetting Payments between World Duty Free Americas, ProServe Corporation and Denver Airport Enterprises dated 5/1/02 | | |
| 50 | 5/2/02 email – Joel Epstein to Joseph Aragon | | |
| 51 | 5/10/02 email – Joel Epstein to Joseph Aragon, et al., with attachments | | |
| 52 | 5/14/02 email – Lewiston Northborder to Joseph Kearney | | |
| 53 | 7/3/02 email – Thomas Daniels to Joseph Kearney | | |
| 54 | 9/19/02 email – Joseph Aragon to Simon Falic | | |
| 55 | 9/29/02 email – Joseph Aragon to Joseph Kearney | | |
| 56 | Letter of 10/3/02 from Joseph Aragon to Jeffrey Hebig | | |
| 57 | 10/30/02 email – Jeffrey Villanueva to David Taney | | |
| 58 | 12/12/02 email – Dan Slefiinger to Joseph Kearney, et al. | | |
| 59 | Letter of 1/6/02 from Eric Rowe to Denver Airport Enterprises, Joseph Aragon and Willie Kellum | | |
| 60 | Niagara Falls Reporter article 2/11/03 | | |
| 61 | Letter of 4/14/03 from Joseph Aragon to Assistant United States Attorney Brett Harvey | | |
| 62 | Timeline & Description of Construction Documents between ProServe Corporation and Kulback's Construction for Lewiston/Queenston Bridge Project, with attachments | | |
| 63 | Affidavit of Jeffrey M. Villanueva – Willie Kellum and Kellum Enterprises v. Joseph Aragon and ProServe Corporation dated 5/19/03 (Colorado) | | |

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EXHIBIT LIST

Case No. 02-CR-73A

Defendant, JOEL CICERO

Dated: July 26, 2006

| Ex. # | Description | Date Marked for Ident. Evidence | In |
|-------|-------------|------|-----|
| 64 | Chart – Construction of Lewiston TriCon Restaurant | | |
| 65 | Response of Joseph Aragon and ProServe Corporation to Duty Free's First Set of Interrogatories, Request for Admission and Request for Production of Documents – ProServe v. Duty Free; Duty Free v. ProServe (Colorado) | | |
| 66 | Response of Joseph Aragon and ProServe Corporation to Duty Free's Second Set of Interrogatories, Request for Admission and Request for Production of Documents – ProServe v. Duty Free; Duty Free v. ProServe (Colorado) | | |
| 67 | Victor Montalbo transcript of 11/18/03 | | |
| 68 | Letter of 4/5/04 from Joseph Aragon to Nancy McIntosh | | |
| 69 | White House Press Release dated 8/5/94 | | |

DATED:    July 26, 2006
          Buffalo, New York

Respectfully submitted,

_____
JOSEPH M. LaTONA

Attorney for Defendant,
 JOEL CICERO
Office and Post Office Address
716 Brisbane Building
403 Main Street
Buffalo, New York  14203
(716) 842-0416

5

## CERTIFICATE OF SERVICE

IT IS HEREBY certified that the foregoing document was filed on a CD-ROM in .PDF format, via hand delivery, with the following:

**CLERK OF THE COURT**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
68 Court Street
Buffalo, New York  14202

IT IS HEREBY further certified that a true copy of the foregoing document was served, via hand delivery, upon the following:

**WILLIAM J. HOCHUL, JR., ESQ.**
Assistant United States Attorney
138 Delaware Avenue
Buffalo, New York  14202

this 27th day of July, 2006.

SANDRA LEE WRIGHT