






**CRIMINAL JURY SELECTION - July 13, 2006 and July 14, 2006**
**U.S.A. v. Mark Congi, Albert Celeste, Paul Bellreng and Joel Cicero**
**02-CR073A**

# CHALLENGES FOR CAUSE

FILED
AUG 04 2006
CLERK, US DISTRICT COURT, WDNY

| Moving Party | Juror No. | Reason |
|---|---|---|
| Government ____<br>Defendant ____ | 22 | |
| Government ____<br>Defendant ____ | 32 | |
| Government ____<br>Defendant ____ | 34 | |
| Government ____<br>Defendant ____ | 35 | |
| Government ____<br>Defendant ____ | 42 | |



**CHALLENGES FOR CAUSE**
**PAGE 2**

| Moving Party | Juror No. | Reason |
|---|---|---|
| Government ____<br>Defendant ____ | 57 | ________ |
| Government ____<br>Defendant ____ | 36 | ________ |
| Government ____<br>Defendant ____ | ________ | ________ |
| Government ____<br>Defendant ____ | ________ | ________ |
| Government ____<br>Defendant ____ | ________ | ________ |