**COURT EXHIBIT 3**

CRIMINAL JURY SELECTION - PEREMPTORY CHALLENGES
02-CR-073A
U.S.A. v. Mark Congi, Albert Celeste, Paul Bellreng and Joel Cicero
July 13, 2006 and July 14, 2006

| | Government (10) | | Defendant (16) |
|---|---|---|---|
| Round 1 | 1. 20 | Round 1 | 1. 2 |
| | 2. 1 | | 2. 7 |
| | | | 3. 11 |
| Round 2 | 1. 4 | Round 2 | 1. 17 |
| | 2. 23 | | 2. 8 |
| | | | 3. 15 |
| Round 3 | 1. 18 | Round 3 | 1. 10 |
| | 2. 39 | | 2. 14 |
| | | | 3. 25 |
| Round 4 | 1. 3 | Round 4 | 1. ~~20~~ 28 |
| | 2. 30 | | 2. 38 |
| | | | 3. 26 |
| Round 5 | 1. 31 | Round 5 | 1. 27 |
| | | | 2. 9 |
| Round 6 | 1. 37 | Round 6 | 1. ~~~~ 41 |
| | | | 2. 44 |

FILED AUG 0 4 2006 CLERK, US DISTRICT COURT, WDNY

**ALTERNATES**

| | Government (3) | | Defendant (3) |
|---|---|---|---|
| Round 1 | 1. 47 | Round 1 | 1. 48 |
| Round 2 | 1. 46 | Round 2 | 1. 52 |
| Round 3 | 1. 54 | Round 3 | 1. — |