IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-                                                                      02-CR-73-A

JOEL CICERO,

                Defendant.

---

## STATEMENT OF THE GOVERNMENT WITH RESPECT
## TO SENTENCING FACTORS

    PLEASE TAKE NOTICE, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

    The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100.00 at the time of sentencing.

    DATED:  Buffalo, New York, October <u>11</u>, 2006.

                                            Respectfully submitted,

                                            TERRANCE P. FLYNN
                                            United States Attorney

                          BY:    <u>s/William J. Hochul, Jr.</u>
                                  WILLIAM J. HOCHUL, JR.
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office
                                  Western District of New York
                                  138 Delaware Avenue
                                  Buffalo, New York 14202
                                  (716) 843-5700, ext. 887
                                  <u>william.hochul@usdoj.gov</u>

TO:  Joseph M. Latona, Esq.
     David W. Ball, U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-                                                        02-CR-73-A

JOEL CICERO,

                  Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system.

I hereby certify that on October 11, 2006, I have mailed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**, by the United States Postal Service, to the following non-CM/ECF participants:

        Joseph M. LaTona, Esq.
        716 Brisbane Building
        Buffalo, New York  14203

                                                s/Karen A. Brown
                                                KAREN A. BROWN